## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE LOPEZ, ET AL., <br><br> v.  Plaintiff(s), <br><br> TURK HAVA YOLLARI A.O., <br><br> Defendant(s) | CASE NUMBER: <br><br> CV 17-02549-AFM <br><br> **NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE** <br><br> (For use in Direct Assignment of Civil Cases to Magistrate Judges Program only) |

TO ALL COUNSEL/PARTIES APPEARING OF RECORD:

☐  Party(ies) has/have not submitted their statement of consent form to proceed before a U.S. Magistrate Judge within the time required by the Local Rules.

☑  Party declined to consent to the exercise of jurisdiction by the Magistrate Judge.

☐  A Motion or Application requiring immediate attention has been filed prior to the parties' consent to the exercise of jurisdiction by the Magistrate Judge.

☐  Other: _____

Pursuant to General Order 12-02 and for the reason stated above, this case is hereby randomly reassigned to the Honorable __**Dolly M. Gee**__, United States District Judge, for all further proceedings.

Any discovery matters that may be referred to a Magistrate Judge are hereby randomly assigned to the Honorable __**Paul L. Abrams**__, United States Magistrate Judge.

On all documents subsequently filed in this case, please substitute the initials __**DMG(PLAx)**__ after the case number in place of the initials of the prior judge, so that the case number will read __**2:17-cv-02549 DMG(PLAx)**__. All subsequently filed documents must reflect the new initials because documents are routed to the assigned judges by means of these initials.

Clerk, U. S. District Court

Date: 06/01/2017

By: Robert R. Nadres

cc: ☐ *Previous Magistrate Judge*