HOLLAND & KNIGHT LLP
Shelley G. Hurwitz (State Bar #217566)
400 South Hope Street, 8th Floor
Los Angeles, California 90071-2040
Telephone (213) 896-2400
Facsimile (213) 896-2450

*Attorneys for Defendant Turk
Have Yollari A.O.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ERNIE LOPEZ and SHARON LOPEZ, individually<br><br>Plaintiffs,<br><br>vs.<br><br>TURK HAVA YOLLARI A.O.<br><br>Defendants. | Case No.: 2:17-cv-02549-DMG(PLAx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS**<br><br>Complaint Served: April 21, 2017<br>Current Response Date: June 12, 2017<br>New Response Date Requested: July 12, 2017 |

Plaintiffs Ernie Lopez and Sharon Lopez ("Plaintiffs") and Defendant Turk Hava Yollari A.O. ("THY") stipulate as follows:

WHEREFORE:

1. Plaintiffs filed their Complaint on April 3, 2017 [Doc 1].

2. Plaintiffs served their Complaint on THY on April 21, 2017 and a responsive pleading was due on May 12, 2017.

3. The parties stipulated to a continuance of not more than 30 days and filed same with the court. [Doc. 8].

4. The parties are in the process of attempting an early settlement of this matter. Plaintiffs expect to supply a settlement demand package to defendant shortly.

5. The additional time to respond to the Complaint will not alter the date of any event or deadline already set by this Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and THY, that THY will have until July 12, 2017 to answer or otherwise respond to the Complaint, and that none of THY's defenses are waived.

DATED:  June 1, 2017              HOLLAND & KNIGHT LLP

                                              ____/s Shelley Hurwitz_____

                                                     Shelley Hurwitz
*Attorneys for Defendant THY*

DATED:  June 1, 2017              NELSON & FRAENKEL, LLP

                                              ____/s Andrew Porter_____

                                                     Stuart R. Fraenkel

                                                     Andrew B. Porter
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 1, 2017, I electronically filed the foregoing with the Clerk of Court using the EM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

/s/ Shelley G. Hurwitz
Shelley G. Hurwitz