1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

9
ERNIE LOPEZ and SHARON LOPEZ, individually

                Plaintiffs,

      vs.

TURK HAVA YOLLARI A.O.

              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.: 2:17-cv-02549-DMG(PLAx)**

**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS**

Complaint Served: April 21, 2017
Current Response Date: June 12, 2017
New Response Date: July 12, 2017

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

**ORDER**

  Pursuant to the stipulation of the parties, and finding good cause, the court orders as follows:

  Defendant shall have until July 12, 2017 to answer or otherwise respond to plaintiffs' Complaint.  None of defendant's defenses are waived.

IT IS SO ORDERED

DATED:  June ___, 2017


         ____ _____

1

2
**CERTIFICATE OF SERVICE**

3
      I hereby certify that on June 1, 2017, I electronically filed the foregoing with the Clerk of

4
Court using the EM/ECF system which will send a notice of electronic filing to all counsel of

record who have consented to electronic notification.

5

6
/s/ Shelley G. Hurwitz

7
Shelley G. Hurwitz

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28