| | |
|---|---|
| 1 | HOLLAND & KNIGHT LLP |
| 2 | Shelley G. Hurwitz (State Bar #217566)<br>400 South Hope Street, 8th Floor |
| 3 | Los Angeles, California  90071-2040<br>Telephone (213) 896-2400 |
| 4 | Facsimile (213) 896-2450 |
| 5 | *Attorneys for Defendant*<br>*Turk Hava Yollari A.O.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ERNIE LOPEZ and SHARON LOPEZ, individually, | **Case No.: 2:17-cv-02549-DMG-PLA** |
| Plaintiffs, | |
| vs. | **NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
| TURK HAVA YOLLARI A.O., | |
| Defendants. | |

TO THIS HONORABLE COURT,

PLEASE TAKE NOTICE that the parties have settled this matter in its entirety and are in the process of documenting the settlement. The parties will file a Stipulation for Dismissal With Prejudice at a later date. The parties respectfully request that the Scheduling Conference currently on-calendar for August 25, 2017 be vacated.

DATED: August 22, 2017     HOLLAND & KNIGHT LLP

_____/s Shelley Hurwitz_____

Shelley Hurwitz
*Attorneys for Defendant THY*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2017, I electronically filed the foregoing with the Clerk of Court using the EM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

/s/ Shelley G. Hurwitz
Shelley G. Hurwitz